IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ISMAEL PADILLA,<br>Institutional ID No. 356764 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-CV-00200-C |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § | |

### JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g).

Dated November 2, 2020.

SAM R. CUMMINGS
Senior United States District Judge